**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Windmill Reserve Corp.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  Estates of Swan Lake Corp.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-0582744** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Philip J. Von Kahle, President** **Michael Moecker & Associates, inc.** **1883 Marina Mile Blvd., Ste. 106** **Fort Lauderdale, FL 33315** Number, Street, City, State & ZIP Code | **Fort Lauderdale, FL 33315** P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** County | **Location of principal assets, if different from principal place of business** **3310 Lake Ridge Lane Weston, FL 33332** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Windmill Reserve Corp.**                                         Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2361__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Windmill Reserve Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

 Contact name _____

 Phone _____

---

## ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**     . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Windmill Reserve Corp. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __August 8, 2016__
           MM / DD / YYYY

**X** /s/ Philip J. Von Kahle                                Philip J. Von Kahle
_____                _____
Signature of authorized representative of debtor       Printed name

Title     **President**
       _____

**18. Signature of attorney**

**X** /s/ Paul Steven Singerman                        Date  **August 8, 2016**
_____                      _____
Signature of attorney for debtor                                MM / DD / YYYY

**Paul Steven Singerman**
_____
Printed name

**Berger Singerman LLP**
_____
Firm name

**1450 Brickell Avenue, Ste. 1900**
**Miami, FL 33131**
_____
Number, Street, City, State & ZIP Code

Contact phone   **305-755-9500**      Email address   **singerman@bergersingerman.com**

**378860**
_____
Bar number and State

| Debtor | **Windmill Reserve Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____    Chapter __**11**__

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Attachment</u>

| Debtor | **Boardwalk and Baseball, Inc.** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Middle District of Florida (Tampa)** | When | **1/13/14** | Case number, if known | **8:14-bk-00317** |
| Debtor | **Boardwalk Land Development Inc.** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida (Tampa)** | When | **1/13/14** | Case number, if known | **8:14-bk-00319** |
| Debtor | **Coleridge Corp.** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida (Tampa Division)** | When | **1/13/14** | Case number, if known | **8:14-bk-00318** |

## ACTION BY WRITTEN CONSENT OF
## THE SOLE DIRECTOR AND SOLE SHAREHOLDER
## OF
## WINDMILL RESERVE CORP.

The undersigned, not individually but solely as the curator of the Posner Estate (as defined below), being the sole shareholder and sole director of Windmill Reserve Corp. (the "Company"), does hereby waive all notice of the time place and purpose of a meeting and consents and agrees to the adoption of the following resolutions by written consent without a meeting, effective for all purposes as of the date hereof:

WHEREAS, Victor Posner died on February 11, 2002;

WHEREAS, on February 12, 2002, the Estate of Victor Posner (the "Posner Estate") was established through the filing of a probate petition in the Circuit Court in and for Miami-Dade County, Florida (Case No. 02-595-CP-04) (the "Probate Court");

WHEREAS, the Company is wholly-owned by the Posner Estate;

WHEREAS, on February 12, 2002, the Probate Court issued Letters of Administration appointing Brenda Nestor as the personal representative of the Posner Estate;

WHEREAS, on April 30, 2015, following notice and a hearing, the Probate Court entered an order removing Brenda Nestor as personal representative of the Posner Estate;

WHEREAS, on June 9, 2015, the Probate Court entered an order appointing Phillip J. Von Kahle as curator for the Posner Estate;

WHEREAS, on November 17, 2015 the Probate Court entered its *Order Authorizing Curator To Exercise Any And All Rights Arising From Estate Entities* authorizing the curator to exercise all of the rights of a shareholder or member in each of the entities owned by the Posner Estate, including the Company; and

WHEREAS, Philip J. Von Kahle, not individually but solely as curator for the Posner Estate, sole shareholder and sole director of the Company has determined that is in the best interest of the Company and its creditors for the Company to file a chapter 11 bankruptcy case:

### 1.    Chapter 11 Case.

NOW THEREFORE, BE IT RESOLVED that the sole director of the Company, for and on behalf of the Company, approves and authorizes the Company to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Florida (the "Court") on behalf of the Company and authorizes the President or any other duly-appointed officer of the Company (each a "Proper

Officer") to execute and deliver any and all documents required by, or necessary or appropriate with respect to, the filing and administration of the Chapter 11 Case (collectively, the "Chapter 11 Documents"). For the avoidance of doubt, Brenda Nestor is not a Proper Officer having been previously removed as an officer and director of the Company. As a result of her removal, Brenda Nestor has no authority to act for or on behalf of the Company or to bind the Company; and it is further

RESOLVED, that the sole director of the Company, for and on behalf of the Company, approves and ratifies the employment by the Company of the law firm of Berger Singerman LLP as bankruptcy counsel for the Company.

## 2.    General Authorization and Ratification.

RESOLVED, that each Proper Officer of the Company, is directed to prepare and execute, (i) all Chapter 11 Documents, (ii) all documents, certificates and instruments required by, referenced or described in, or related to the Chapter 11 Case, and (iii) letters of engagement with Berger Singerman LLP; and it is further

RESOLVED, that the Proper Officer of the Company, any one of whom may act without the joinder of any of the others, are hereby authorized to, and to cause any other Proper Officer of the Company to, execute and deliver the Chapter 11 Documents in the names and on behalf of the Company, or otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the payment of any consideration, and (iii) the payment of expenses and taxes) as such Proper Officer may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that such Proper Officer deemed the same to be necessary, appropriate, or advisable) in order to commence and administer the Chapter 11 Case, and all acts of any Proper Officer taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified, and confirmed in all respects; and it is further

RESOLVED, that the Proper Officer of the Company and bankruptcy counsel for the Company are hereby authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the names and on behalf of the Company under their corporate seals or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing resolutions.

August __*8*__, 2016                DIRECTOR AND SOLE SHAREHOLDER:

                                    _____
                                    Philip J. Von Kahle, curator for the Posner Estate

7263942

2

**Fill in this information to identify the case:**

Debtor name    **Windmill Reserve Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    **15,309,780.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $    **225,348.91**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $    **15,535,128.91**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **42,666,071.78**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... +$    **224,352.03**

4. **Total liabilities** .....................................................................................................
   Lines 2 + 3a + 3b

   $    **42,890,423.81**

**Fill in this information to identify the case:**

Debtor name **Windmill Reserve Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **The Columbia Bank** **c/o James M. Smith, Esq.** **Gebhardt & Smith LLP** **One South Street, Ste. 2200** **Baltimore, Maryland  21202-3281** | **Pledged as collateral security for Standby Letter of Credit** | 5401 | $200,293.71 |
| 3.2. | **Regions Bank of Gainesville** **P.O. Box 937** **Gainesville, GA  30503** | | 0735 | $8,035.95 |
| 3.3. | **City National Bank** **P.O. Box 025620** **Miami, FL  33102-5620** | **Operating** | 4002 | $99.32 |
| 3.4. | **Union Bank - Curator** | **Money Market** | 5724 | $6,919.93 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $215,348.91 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor   **Windmill Reserve Corp.**
Name

Case number *(If known)* _____

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Trailer and FF&E located in Trailer on Debtor's property (estimated at approx. $10,000.00)** | Unknown | | $10,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $10,000.00 |
|---|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Windmill Reserve Corp.**                          Case number *(If known)* _____
          Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Block 2, Lot #14 located on Islewood Avenue, Weston, FL, Parcel ID #503924090410** | Owner | Unknown | N/A | $527,480.00 |
| 55.2.  **Block 2, Lot #10 located on Lake Ridge Lane, Weston, FL, Parcel ID #503924090370** | Owner | Unknown | N/A | $287,760.00 |
| 55.3.  **Block 2, Lot #9 located on Lake Ridge Lane, Weston, FL, Parcel ID #503924090360** | Owner | Unknown | N/A | $438,200.00 |
| 55.4.  **Block 2, Lot #7 on Manatee Isles Drive, Weston, FL, Parcel ID #503924090340** | Owner | Unknown | Tax records | $438,400.00 |
| 55.5.  **3011 Lake Ridge Lane, Weston, FL, Parcel ID #503924090740** | Owner | Unknown | N/A | $679,010.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Windmill Reserve Corp.**                                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.6. | **Block 1, Lot #3 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090030** | Owner | Unknown | N/A | $848,460.00 |
| 55.7. | **Block 1, Lot #4 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090040** | Owner | Unknown | N/A | $832,190.00 |
| 55.8. | **Block 1, Lot #5 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090050** | Owner | Unknown | N/A | $821,350.00 |
| 55.9. | **Block 1, Lot #6 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090060** | Owner | Unknown | N/A | $805,680.00 |
| 55.10. | **Block 1, Lot #7 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090070** | Owner | Unknown | N/A | $778,910.00 |
| 55.11. | **Block 1, Lot #8 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090080** | Owner | Unknown | N/A | $816,420.00 |
| 55.12. | **Block 1, Lot #10 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090100** | Owner | Unknown | N/A | $702,040.00 |
| 55.13. | **Block 1, Lot #11 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090110** | Owner | Unknown | N/A | $679,220.00 |
| 55.14. | **Block 1, Lot #26 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090260** | Owner | Unknown | N/A | $819,680.00 |
| 55.15. | **Block 1, Lot #19 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090190** | Owner | Unknown | N/A | $821,370.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Windmill Reserve Corp.**                                    Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.16 · | **Block 1, Lot #18 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090180** | Owner | Unknown | N/A | $817,190.00 |
| 55.17 · | **Block 1, Lot #17 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090170** | Owner | Unknown | N/A | $845,540.00 |
| 55.18 · | **Block 1, Lot #16 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090160** | Owner | Unknown | N/A | $813,040.00 |
| 55.19 · | **Block 1, Lot #15 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090150** | Owner | Unknown | N/A | $844,160.00 |
| 55.20 · | **Block 1, Lot #13 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090130** | Owner | Unknown | N/A | $850,520.00 |
| 55.21 · | **Block 3, Lot #5 on Park Ridge Street, Weston, FL, Parcel ID# 503924090790** | Owner | Unknown | N/A | $298,650.00 |
| 55.22 · | **Block 3, Lot #2 on Park Ridge Street, Weston, FL, Parcel ID# 503924090760** | Owner | Unknown | N/A | $244,510.00 |
| 55.23 · | **Empty Lot on SW 13 Manor, Tamarac, FL, Parcel ID# 513923010021** | Owner | Unknown | | $150,000.00 |
| 55.24 · | **Empty Lot on SW 13 Manor, Tamarac, FL, Parcel ID# 513923010032** | Owner | Unknown | | $150,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$15,309,780.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

| Debtor | **Windmill Reserve Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** | **Interests in insurance policies or annuities** | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Brenda Nestor, as Personal Representative of the Estate of Victor Posner** | **Unknown** |
| | Nature of claim — **Breach of fiduciary duty** | |
| | Amount requested — **$0.00** | |
| | **Robert Castellano and Robert Castellano Building & Design, LLC** | **Unknown** |
| | Nature of claim — **Aiding and abetting breach of fiduciary duty** | |
| | Amount requested — **$0.00** | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** | **Trusts, equitable or future interests in property** | |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78.** | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Windmill Reserve Corp.**                                Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $215,348.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $15,309,780.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $225,348.91 | + 91b. $15,309,780.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,535,128.91 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Windmill Reserve Corp.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**APL/NVF Consolidated Pension Plan**
Creditor's Name

**c/o Pension Benefit Guaranty Corporation**
**1200 K Street, N.W.**
**Washington, DC 20005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/15/2015**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Lien on all real property owned by Debtor, Windmill Reserve Corp.**

Describe the lien
**Judgment Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$35,250,000.00**
Value of collateral: **$0.00**

**2.2**

**Broward County Tax Collector**
Creditor's Name

**115 S. Andrews Avenue, Ste. 111**
**Fort Lauderdale, FL 33301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number
**Various**

Describe debtor's property that is subject to a lien
**Various lots owned by Debtor, Windmill Reserve Corp.**

Describe the lien
**Real Property Taxes**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$578,464.25**
Value of collateral: **$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Windmill Reserve Corp.**　　　　　　　　　　Case number (if know) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Columbia Bank** | | |
|---|---|---|---|

Creditor's Name

**c/o James M. Smith, Esq.**
**Gebhardt & Smith LLP**
**One South Street, Ste. 2200**
**Baltimore, MD 21202-3281**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                     $200,267.01          $200,293.71
**Pledged as collateral security for Standby**
**Letter of Credit**
**Acct# 5401**
_____

**Describe the lien**
**Cash collateral for Standby Letter of Credit**
**(0062)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Regions Bank** | | |
|---|---|---|---|

Creditor's Name

**Post Office Drawer 937**
**Gainesville, GA 30503**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0002**

**Describe debtor's property that is subject to a lien**                     $103,049.17            $0.00
**Lien on all real property owned by Debtor,**
**Windmill Reserve Corp.**
_____

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Regions Bank** | | |
|---|---|---|---|

Creditor's Name

**Post Office Drawer 937**
**Gainesville, GA 30503**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**                     $517,177.37            $0.00
**Lien on all real property owned by Debtor,**
**Windmill Reserve Corp.**
_____

**Describe the lien**
**Mortgage**

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 2 of 4

Debtor  **Windmill Reserve Corp.**                                    Case number (if know) _____
        _____
        Name

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**
**3726**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Regions Bank** | **Describe debtor's property that is subject to a lien** | $200,059.98 | $0.00 |

Creditor's Name

**Post Office Drawer 937**
**Gainesville, GA 30503**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lien on all real property owned by Debtor, Windmill Reserve Corp.**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3676**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Tracy Posner Ward** | **Describe debtor's property that is subject to a lien** | $5,817,054.00 | $0.00 |

Creditor's Name

**c/o Scott W. Leeds, Esq.**
**2541 SW 27th Avenue**
**Miami, FL 33133**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lien on all real property owned by the Debtor, Windmill Reserve Corp.**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**February 28, 2014**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Windmill Reserve Corp.**                                          Case number (if know) _____
        Name

| | |
|---|---|
| 3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$42,666,071.78** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Windmill Reserve Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | $0.00 |

**2.1** Priority creditor's name and mailing address
**Florida Department of Revenue**
**5050 W. Tennessee Street**
**Tallahassee, FL 32399-0100**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7345**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

For 2.2: **Unknown**   $0.00

| Debtor | **Windmill Reserve Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Internal Revenue Service**
**2670 Market Street**
**Mail Stop 5-Q30, 133**
**Philadelphia, PA 19104-5016**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.95** |
|---|---|---|---|

**Advanced Cable Communication**
**P.O. Box 660932**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alande Brezault**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Avenue**
**Hollywood, FL 33021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Litigation Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AT & T**
**P.O. Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AT & T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,718.06** |
|---|---|---|---|

**Atlantic Smart Technologies**
**130 Juno Street**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Windmill Reserve Corp.**                                        Case number (if known) _____

Name

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Barry Goldberg**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Brenda Nestor**
**3310 Lake Ridge Lane**
**Weston, FL 33332**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Broward County Revenue Collector**
**Broward County Court**
**501 S.E. 6th Street**
**Fort Lauderdale, FL 33301-3499**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carlos Feliciani**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carolina Ormo**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$450.00** |

**Carpets by Mr. Jason Inc.**
**2054 Mears Parkway**
**Pompano Beach, FL 33063**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$604.00** |

**Century Management Services**
**1495 North Park Drive**
**Fort Lauderdale, FL 33326**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Windmill Reserve Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles Messa**
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claim

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$392.73** |
|---|---|---|---|

**City of Sunrise**
P.O. Box 31432
Tampa, FL 33631

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$173.63** |
|---|---|---|---|

**City of Weston**
17200 Royal Palm Boulevard
Weston, FL 33326

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Danny Tuaty**
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claim

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Lachman**
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Litigation Claim

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$390.06** |
|---|---|---|---|

**De Lage Landen Financial Service**
P.O. Box 41602
Philadelphia, PA 19101-1601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,538.86** |
|---|---|---|---|

**Derrick Douglas**
c/o Nextgen Management
15951 SW 41st Street, Ste. 300
Davie, FL 33331

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Windmill Reserve Corp.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._      **Unknown** |

**3.20**

**Nonpriority creditor's name and mailing address**

**Edmond Karam**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Esther Ojeda**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Fabienne Brezault**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Avenue**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Fatima Lachman**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Flor Karam**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation Claim__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Florida Power & Light**
**General Mail Facility**
**Miami, FL 33188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._                    **$765.22**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Windmill Reserve Corp.**                                    Case number (if known) _____

Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195,603.64** |
|---|---|---|---|

**Forshee & Lockwood, P.A.**
**2600 S. Douglas Ave., Ste. 406**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,235.03** |
|---|---|---|---|

**Hinshaw & Culbertson, LLP**
**8142 Solutions Center Drive**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Titus**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kusaman Titus**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Laura White**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Luis Ormo**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,400.00** |
|---|---|---|---|

**Magnum Land Development, Inc.**
**4495 SW 67th Terrace**
**Fort Lauderdale, FL 33314**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Windmill Reserve Corp.**

Name

Case number (if known) _____

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,657.00 |
|---|---|---|---|

**Miami Association of Realtors**
P.O. Box 166481
Miami, FL 33116

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Nextgen Management, LLC**
1495 North Park Drive
Fort Lauderdale, FL 33326

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Plastridge Agency, Inc.**
820 N.E. 6th Avenue
Delray Beach, FL 33483

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Premium Assignment Corporation**
P.O. Box 8000
Tallahassee, FL 32314-8000

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert Castellano Building & Design, LLC**
c/o Michael Rothman, Esq.
11900 Biscayne Blvd., Ste. 740
Miami, FL 33181

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Breach of Contract**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robert White**
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Litigation Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosalee Messa**
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Litigation Claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **Windmill Reserve Corp.** _____   Case number (if known) _____

| | |
|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Roy Ceballos**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** |

**Shannon Tuaty**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** |

**Sprint**
**P.O. Box 4181**
**Carol Stream, IL 60197-4181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** |

**Sun Sentinel**
**Payent Processing Center**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$1,194.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** |

**Verio, Inc.**
**O.O. Box 972312**
**Dallas, TX 75397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$74.85**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** |

**Vivian Ceballos**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** |

**Walter Veintemilla**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Windmill Reserve Corp.**                                  Case number (if known) _____
          Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wei Mu**
**c/o Michele A. Crosa, Esq.**
**Eisinger, Brown, Lewis, Frankel & Chalet**
**4000 Hollywood Blvd.**
**Hollywood, FL 33021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claim 

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Windmill Reserve Homeowners Association**
**c/o Nextgen Management**
**15951 SW 41st Street, Ste. 300**
**Davie, FL 33331**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 224,352.03 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 224,352.03 |

**Fill in this information to identify the case:**

Debtor name **Windmill Reserve Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement, undated, for Block 2, Lot #14 on Isle Wood Avenue, Weston, FL, Parcel ID# 503924090410** |
| State the term remaining | **RC's Managment & Consulting, Inc. Defined Benefit Plan c/o Michael Rothman, Esq. 11900 Biscayne Blvd., Ste. 740 Miami, FL 33181** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement dated 12/17/2014 for Block 1, Lot #14 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090050** |
| State the term remaining | **Robert Castellan Building & Design, LLC c/o Michael Rothman, Esq. 11900 Biscayne Blvd., Ste. 740 Miami, FL 33181** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement dated 12/17/2014 for Block 1, Lot #5 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090050** |
| State the term remaining | **Robert Castellano Building & Design, LLC c/o Michael Rothman, Esq. 11900 Biscayne Blvd., Ste. 740 Miami, FL 33181** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Windmill Reserve Corp.**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement dated 12/4/2014 for Block 1, Lot #15 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090150** | |
|---|---|---|---|
| | State the term remaining | | **Robert Castellano Building & Design, LLC c/o Michael Rothman, Esq. 11900 Biscayne Blvd., Ste. 740 Miami, FL 33181** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement dated 12/4/2014 for Block 1, Lot #16 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924030160** | |
|---|---|---|---|
| | State the term remaining | | **Robert Castellano Building & Design, LLC c/o Michael Rothman, Esq. 11900 Biscayne Blvd., Ste. 740 Miami, FL 33181** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement dated 12/4/2014 for Block 1, Lot #17 on Lake Ridge Lane, Weston, FL, Parcel ID# 50392409170** | |
|---|---|---|---|
| | State the term remaining | | **Robert Castellano Building & Design, LLC c/o Michael Rothman, Esq. 11900 Biscayne Blvd., Ste. 740 Miami, FL 33181** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement dated 11/21/2014 for Block 1, Lot #18 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090180** | |
|---|---|---|---|
| | State the term remaining | | **Robert Castellano Building & Design, LLC c/o Michael Rothman, Esq. 11900 Biscayne Blvd., Ste. 740 Miami, FL 33181** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement, undated, for Block 1, Lot #19 on Lake Ridge Lane, Weston, FL, Parcel ID# 503924090190** | **Robert Castellano Building & Design, LLC c/o Michael Rothman, Esq. 11900 Biscayne Blvd., Ste. 740 Miami, FL 33181** |
|---|---|---|---|

Debtor 1  **Windmill Reserve Corp.**

First Name                Middle Name                Last Name

Case number *(if known)*

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lot Purchase Agreement, undated, for Block 1, Lot #26 on Lake Ridge Lane, Weston, FL, Parcel ID# 50392090260** | |
|---|---|---|---|
| | State the term remaining | | **Robert Castellano Building & Design, LLC** |
| | List the contract number of any government contract | | **c/o Michael Rothman, Esq.**<br>**11900 Biscayne Blvd., Ste. 740**<br>**Miami, FL 33181** |

---

| Fill in this information to identify the case: |
|---|

Debtor name  **Windmill Reserve Corp.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **See Schedule 2.1 attached to Schedule H** | | **APL/NVF Consolidated Pension Plan** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | **See Schedule 2.1 attached to Schedule H** | | **Regions Bank** | ■ D  __2.4__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3 | **See Schedule 2.1 attached to Schedule H** | | **Regions Bank** | ■ D  __2.5__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4 | **See Schedule 2.1 attached to Schedule H** | | **Regions Bank** | ■ D  __2.6__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.5 | **See Schedule 2.1 attached to Schedule H** | | **Tracy Posner Ward** | ■ D  __2.7__<br>☐ E/F  _____<br>☐ G  _____ |

**SCHEDULE 2.1 – CO-DEBTORS**

1.     **Creditor:  APL/NVF Consolidated Pension Plan**

**Co-Debtors:**
1919 Clearwood Road
APL Corporation
APL Shelter Products Corp.
Arbor Chase Luxury Estate Homes, Inc.
Asset Manager, Inc.
Boardwalk & Baseball, Inc.
Boardwalk Land Development, Inc.
Cary Marine Sales & Service
Coleridge Corporation
Dallastown Acquisitions, LLC
Dallastown Acquisitions, LP
Eagle Affiliates, Inc.
Eau Gaille Melbourne Bowling, Inc.
Equity Asset Management
Evans Tempcon, Inc.
Florida Lakes Homes, Inc.
Knollcrest Construction Five, LLC
Knollcrest Construction Four, LLC
Knollcrest Construction Six, LLC
Knollcrest Construction Three, LLC
Knollcrest Construction Two, LLC
Knollcrest Construction, LLC
Monmouth Construction Ph V Sec 1, LLC
Monmouth Construction Ph V Sec 2, LLC
Monmouth Construction West, LLC
New Inner City Communities, Inc.
Ocean Marine Yacht Club, Inc.
Regents Glen Building & Development, LLC
Regents Glen Country Club, LLC
Regents Glen Dining Services, Inc.
Regents Glen Dinner Club, LLC
Regents Glen Golf Course Services, Inc.
Regents Glen Realty, LLC
Security Financial & Investment Corp.
Security Management Corp.
The Estate of Victor Posner
Tollgate Construction I, LLC
Tollgate Construction, LLC
Universal Housing Corp.
Victor Posner Enterprises Construction
Windmill Realty Corp.

2.    **Creditor: Regions Bank**
       **Co-Debtor:**
       Estate of Victor Posner

3.    **Creditor:  Tracy Posner Ward**
       **Co-Debtors:**
       APL Corporation
       Asset Manager, Inc.
       Boardwalk Land Development, Inc.
       Brenda Nestor, individually
       Cary Marine Sales & Service
       Coleridge Corporation
       Community Management, LLC
       Eau Gallie-Melbourne Bowling Palace, Inc.
       Emerald Hills, LLC
       Equity Asset Management Corporation
       Estate of Victor Posner
       Glenmont Gardens, LLC
       Greenbriar Associates I, LLC
       Greenbriar V Limited Partnership
       Knollcrest Construction, LLC
       Maple Crest LLC
       Monmouth Condominium West I, LLC
       Monmouth Condominium IV, LLC
       Monmouth Condominium West II, LLC
       Monmouth Condominium West III, LLC
       Monmouth Construction West, LLC
       New Inner City Communities, Inc.
       Normandy Woods III, LLP
       NVF Company
       Regents Glen Building and Development LLC
       Regents Glen County Club, LLC
       Regents Glen Dining Services, Inc.
       Regents Glen Dinner Club LLC
       Regents Glen Golf Course Services, Inc.
       Regents Realty, LLC
       Security Financial & Investment Corp.
       Security Management Corp.
       The Raven Holding Corp.
       Tollgate Construction I, LLC
       Tollgate Construction, LLC
       Trust 6
       Victor Posner Enterprises, Inc.
       Victor Posner Enterprises Construction
       Windmill Reserve Realty Corp.

7248877-1

**Fill in this information to identify the case:**

Debtor name    **Windmill Reserve Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>☐ Other _____ | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

| Debtor | Windmill Reserve Corp. | Case number *(if known)* | |
|---|---|---|---|

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Unknown** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">Part 3:</span> **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Robert Castellano Building & Design LLC v. Windmill Reserve Corp. CACE-16-005528 CA 04** | **Breach of Contract** | **Circuit Court in the 17th Judicial Circuit in and for Broward County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Alande, Brezault, Fabienne, et al. v. Windmill Reserve Corp. CACE-14-014243 CA 04** | **Contract indebtness** | **Circuit Court in the 17th Judicial** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **RC's Management & Consulting Inc. Defined Benefit Plan v. Windmill Reserve Corp. CACE-16-014120 CA 08** | **Contract indebtness** | **Circuit Court in the 17th Judicial Circuit in and for Broward County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<span style="background:black;color:white">Part 4:</span> **Certain Gifts and Charitable Contributions**

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Windmill Reserve Corp.**                                            Case number *(if known)*

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

| Part 5: | Certain Losses |
|---|---|

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13.  **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown** | | | **Unknown** |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14.  **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Windmill Reserve Corp. | Case number *(if known)* |
|--------|------------------------|--------------------------|

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Windmill Reserve Corp.**                                    Case number *(if known)*

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Windmill Reserve Corp. | Case number *(if known)* |
|---|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Derrick Douglas**<br>**c/o Nextgen Management**<br>**15951 SW 41st Street, Ste. 300**<br>**Davie, FL 33331** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Unknown** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Philip J. Von Kahle, as Curator**<br>**c/o Michael Moecker & Associates, Inc.**<br>**1883 Marina Mile Blvd., Ste. 106**<br>**Fort Lauderdale, FL 33315** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Unknown** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Philip Von Kahle** | **c/o Michael Moecker & Associates, Inc.**<br>**1883 Marina Mile Blvd., Ste. 105**<br>**Fort Lauderdale, FL 33315** | **President** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Windmill Reserve Corp.**                                         Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Brenda Nestor** | | **CCEEP and ATAS** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **David Weychert** | | **CFO** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Marco B. Loffredo** | | **VDAS** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Blanche Launer** | | **VDTS** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Unknown** | | | |
|  | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Windmill Reserve Corp.**                                    Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 8, 2016**

**/s/ Philip J. Von Kahle**                              **Philip J. Von Kahle**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Windmill Reserve Corp.** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 8, 2016** _____        **/s/ Philip J. Von Kahle** _____

**Philip J. Von Kahle**/**President**
Signer/Title

Advanced Cable Communication
P.O. Box 660932
Dallas, TX 75266


Alande Brezault
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Avenue
Hollywood, FL 33021


APL/NVF Consolidated Pension Plan
c/o Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005


AT & T
P.O. Box 105262
Atlanta, GA 30348-5262


AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Atlantic Smart Technologies
130 Juno Street
Jupiter, FL 33458


Barry Goldberg
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Brenda Nestor
3310 Lake Ridge Lane
Weston, FL 33332


Broward County Revenue Collector
Broward County Court
501 S.E. 6th Street
Fort Lauderdale, FL 33301-3499


Broward County Tax Collector
115 S. Andrews Avenue, Ste. 111
Fort Lauderdale, FL 33301

Carlos Feliciani
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Carolina Ormo
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Carpets by Mr. Jason Inc.
2054 Mears Parkway
Pompano Beach, FL 33063


Century Management Services
1495 North Park Drive
Fort Lauderdale, FL 33326


Charles Messa
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


City of Sunrise
P.O. Box 31432
Tampa, FL 33631


City of Weston
17200 Royal Palm Boulevard
Weston, FL 33326


Columbia Bank
c/o James M. Smith, Esq.
Gebhardt & Smith LLP
One South Street, Ste. 2200
Baltimore, MD 21202-3281


Danny Tuaty
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

David Lachman
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


De Lage Landen Financial Service
P.O. Box 41602
Philadelphia, PA 19101-1601


Derrick Douglas
c/o Nextgen Management
15951 SW 41st Street, Ste. 300
Davie, FL 33331


Edmond Karam
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Estate of Victor Posner
c/o Philip J. Von Kahle, Curator
1883 Marine Mile Blvd., Ste. 106
Fort Lauderdale, FL 33315


Esther Ojeda
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Fabienne Brezault
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Avenue
Hollywood, FL 33021


Fatima Lachman
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

Flor Karam
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0100


Florida Power & Light
General Mail Facility
Miami, FL 33188


Forshee & Lockwood, P.A.
2600 S. Douglas Ave., Ste. 406
Miami, FL 33134


Hinshaw & Culbertson, LLP
8142 Solutions Center Drive
Chicago, IL 60677


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7345


Internal Revenue Service
2670 Market Street
Mail Stop 5-Q30, 133
Philadelphia, PA 19104-5016


John Titus
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Kusaman Titus
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

Laura White
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

Luis Ormo
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021

Magnum Land Development, Inc.
4495 SW 67th Terrace
Fort Lauderdale, FL 33314

Miami Association of Realtors
P.O. Box 166481
Miami, FL 33116

Nextgen Management, LLC
1495 North Park Drive
Fort Lauderdale, FL 33326

Plastridge Agency, Inc.
820 N.E. 6th Avenue
Delray Beach, FL 33483

Premium Assignment Corporation
P.O. Box 8000
Tallahassee, FL 32314-8000

RC's Managment & Consulting, Inc.
Defined Benefit Plan
c/o Michael Rothman, Esq.
11900 Biscayne Blvd., Ste. 740
Miami, FL 33181

Regions Bank
Post Office Drawer 937
Gainesville, GA 30503

Robert Castellan Building & Design, LLC
c/o Michael Rothman, Esq.
11900 Biscayne Blvd., Ste. 740
Miami, FL 33181

```
Robert Castellano Building & Design, LLC
c/o Michael Rothman, Esq.
11900 Biscayne Blvd., Ste. 740
Miami, FL 33181


Robert White
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Rosalee Messa
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Roy Ceballos
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


See Schedule 2.1 attached to Schedule H


Shannon Tuaty
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Sun Sentinel
Payent Processing Center
Atlanta, GA 30384


Tracy Posner Ward
c/o Scott W. Leeds, Esq.
2541 SW 27th Avenue
Miami, FL 33133
```

Verio, Inc.
O.O. Box 972312
Dallas, TX 75397


Vivian Ceballos
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Walter Veintemilla
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Wei Mu
c/o Michele A. Crosa, Esq.
Eisinger, Brown, Lewis, Frankel & Chalet
4000 Hollywood Blvd.
Hollywood, FL 33021


Windmill Reserve Homeowners Association
c/o Nextgen Management
15951 SW 41st Street, Ste. 300
Davie, FL 33331