UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

WINDMILL RESERVE CORP.,[1]

Case No.
Chapter 11

Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), Windmill Reserve Corp. (the "Debtor") files this *Chapter 11 Case Management Summary* and states:

The following data and the data set forth in the attached exhibits represents approximations for background information only and the information may represent the Debtor's reasonable estimate in response to some of the ensuing questions.

1. **Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):**

   On the date hereof, the Debtor filed a Voluntary Chapter 11 Petition in the United States Bankruptcy Court for the Southern District of Florida.

2. **Names, case numbers and dates of filing of related debtors:**

   N/A

3. **Description of Debtor's business:**

   The Debtor is a Florida corporation that owns and developed the "Windmill Reserve" community in Weston, FL. "Windmill Reserve" consists of 94 single family home sites, 72 of which have been sold and improved. The Debtor holds title to 22 lots in the community. The Debtor also owns two lots used for mitigation and located in Miramar, Florida.

---

[1] The mailing address and last four digits of the Debtor's federal tax identification number are: c/o Philip J. Von Kahle, as President of the Debtor, Michael Moecker & Associates, Inc., 1883 Marina Mile Blvd., Ste. 106, Fort Lauderdale, FL 33315 (2744).

7251780-4

The Debtor is wholly owned by the Estate of Victor Posner. Victor Posner passed away on February 11, 2002. On February 12, 2002, the Estate of Victor Posner (the "Posner Estate") was established through the filing of a probate petition in the Circuit Court in and for Miami-Dade County, Florida (Case No. 02-595-CP-04) (the "Probate Court"). On the same day, the Probate Court issued Letters of Administration appointing Brenda Nestor as the personal representative of the Posner Estate.

On March 30, 2015, the Probate Court issued an Order to Show Cause (the "Show Cause Order") directing Brenda to appear and show cause why she should not be removed as the personal representative of the Posner Estate. On April 30, 2015, following notice and a hearing, the Probate Court entered an order removing Brenda as personal representative of the Posner Estate (the "Removal Order"). Brenda requested a stay of the Removal Order. The Probate Court denied her request for a stay. On June 9, 2015, the Probate Court entered an order appointing Phillip Von Kahle as curator for the Posner Estate. On June 25, 2015, Brenda appealed the Removal Order to the Third District Court of Appeal (Case No. 3D15-1453). Brenda also requested a stay of the Removal Order; however, her request was denied by the Third District Court of Appeal by Order dated July 2, 2015. On April 6, 2016, the Third District Court of Appeal affirmed the Removal Order through a *per curium* opinion. The Removal Order is now final and non-appealable.

4. **Location of Debtor's operations and whether the business premises are leased or owned:**

   The Debtor's principal place of business is located at 3310 Lake Ridge Lane, Weston, FL 33332. The Debtor owns the business premises.

5. **Reasons for filing chapter 11:**

   The Debtor commenced this case in order to preserve and maximize the value of its assets. The Debtor intends to sell its remaining lot inventory; investigate and prosecute litigation claims; and pay the holders of allowed claims in accordance with the priorities established by the Bankruptcy Code.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

   | **Director/Officer** | **Salaries/Benefits** |
   | --- | --- |
   | Philip Von Kahle, President | $2,275.00 per week[2] |

---

[2] Mr. Von Kahle was appointed President of the Debtor on July 27, 2016. Mr. Von Kahle has not received a salary pre-petition from the Debtor but will begin being compensated on a weekly basis in the amount of $2,275.00 post-petition.

7251780-4                                    2

| | |
|---|---|
| Brenda Nestor, CCEP and ATAS | Unknown |
| David Weychert, CFO | Unknown |
| Blanche Launer, VDTS | Unknown |
| Marco B. Lofredo, VDAS | Unknown |

7. **Debtor's fiscal or calendar year to date gross revenues and the Debtor's gross revenues for the calendar or fiscal year prior to the filing of the petitions:**

   2016 - Unknown

   2015 - Unknown

8. **Amounts owed to various creditors:**

   See attached **Exhibit "A"**

9. **General description and approximate value of the Debtor's assets:**

   The Debtor owns 22 undeveloped empty lots in the development of Windmill Reserve. The 2015 tax assessed value of the lots was $15,009,780.00. The Debtor does not have a current appraisal of the lots. The Debtor also owns two mitigation lots in Miramar, Florida which had a 2015 tax assessed value of approximately $300,000.

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:**

    Evanston Insurance Company, Binder # B168514971, Exp. 9/4/16

11. **Number of employees and amounts of wages owed as of petition date:**

    N/A

12. **Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

    Not applicable.

13. **Anticipated emergency relief to be requested within 14 days from the petition date:**

None.

Dated this 8th day of August, 2016.

Respectfully submitted,

WINDMILL RESERVE CORP.

By: Philip J. Von Kahle
Its: President

BERGER SINGERMAN LLP
*Proposed Counsel for Debtor in Possession*
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: /s/ *Paul Steven Singerman*
Paul Steven Singerman
Florida Bar No. 378860
singerman@bergersingerman.com
Jordi Guso
Florida Bar No. 863580
jguso@bergersingerman.com

# EXHIBIT "A"
## (Amounts Owed to Various Creditors)

a. **Priority Creditors**

   Unknown amounts, if any.

b. **Secured Creditors**

| Name of Secured Creditor | Collateral | Claim Amount |
|---|---|---|
| Pension Benefits Guarantee Corp. | Real property owned by Debtor | $35,250,000.00 |
| Regions Bank | Real property owned by Debtor | $820,286.52 (approximation) |
| Tracy Posner Ward | Real property owned by Debtor | $5,817,054.00 |
| The Columbia Bank | Cash Collateral Securing a Standby Letter of Creditor | $200,267.01 |
| Broward County Tax Collector | Real property owned by the Debtor | $578,464.25 |

c. **Unsecured Claims**

   Approximately $224,352.03, excluding deficiency claims, if any.

7251780-4